# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-631-DCK

| | |
|---|---|
| **RANDALL SMITH,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **TOWN OF CRAMERTON,** | ) |
| **Defendant.** | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Raymond E. Owens, Jr., filed a "Certification Of Mediation Session" (Document No. 39) notifying the Court that the parties completely settled this case on November 18, 2020. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **December 18, 2020**.

**IT IS FURTHER ORDERED** that "Defendant's Motion For Summary Judgment" (Document No. 35) is **DENIED AS MOOT**.

**SO ORDERED**.

Signed: November 19, 2020

David C. Keesler
United States Magistrate Judge